Eugene J. Egan, Esq. (SBN 130108)
AnneMarie McDowell, Esq. (SBN 229349)
MANNING & KASS,
ELLROD, RAMIREZ, TRESTER LLP
15th Floor at 801 Tower
801 South Figueroa Street
Los Angeles, CA 90017
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendant
TARGET CORPORATION

FILED
CLERK U.S. DISTRICT COURT
AUG 18 2011
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

Priority ___
Send ___
Enter ___
Closed ✓
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LASC, North District, Case #:MC022664

| | |
|---|---|
| MARIELA QUEZADA PINETTA, an Individual, | USDC CASE NO. CV11-06205 SVW (MANx) |
| Plaintiff, | State Case No. MC022664 |
| vs. | [PROPOSED] ORDER REMAND ACTION TO STATE COURT |
| TARGET CORPORATION, a Corporate entity, and DOES 1 to 50, Inclusive | |
| Defendants. | Complaint Filed: 6.17.11 |

Pursuant to stipulation of the parties and good cause appearing therefor, The Court makes the following order:

The federal action is hereby remanded to the Los Angeles County Superior Court.

IT IS SO ORDERED

DATED: 8/17/11

_____
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER REMAND ACTION TO STATE COURT